IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RE:                                    )
                                       ) CHAPTER 13
    Janette Sanchez,                 )
                                       ) JUDGE Janet S. Baer
    Debtor(s)                        )
                                       ) 09-39086

## NOTICE OF MOTION

TO:

Via Electronic Filing:

    US Trustee Patrick S. Layng; Office of the U.S. Trustee, Region 11, 219 S. Dearborn St, Rm 873; Chicago, IL 60604 by ECF at USTPRegion11.ES.ECF@usdoj.gov

    Tom Vaughn, 200 Michigan Ave, 13TH Floor Chicago, IL 60604 by ECF at ecf@tvch13.net

Via U.S. Mail:

    All parties on the attached notice list.

    Please take notice that on June 27, 2013 at 9:30 a.m. I shall appear before the Honorable Janet S. Baer in Courtroom 615 of the Dirksen Federal Building, 219 South Dearborn Avenue, in Chicago, Illinois, and shall then and there present the attached motion, at which time you may appear if you so choose.

## PROOF OF SERVICE

    Martin A. Lear, an attorney, certifies that he has caused to be mailed a copy of this notice and attached motion to the above named addressed with postage prepaid from the mail post office box located at 105 W. Madison, Chicago, Illinois 60602 on June 3, 2013.

                                                            /s/ Martin A. Lear
                                                            Martin A. Lear

Martin A. Lear, #6295187
The Law Offices of Ernesto D. Borges Jr., P.C.
105 W. Madison #2300
Chicago, IL 60602
(312) 853-0200

```
Label Matrix for local noticing          America Education Services            America's Servicing Company as servicer
0752-1                                   PO BOX 8147                           c/o Codilis & Associates, P.C.
Case 09-39086                            HARRISBURG, PA 17105-8147             15W030 North Frontage Road
Northern District of Illinois                                                  suite 100
Chicago                                                                        Burr Ridge, IL 60527-6921
Fri May 31 16:51:41 CDT 2013

Bank of America, N.A., successor by merger t   CITIMORTGAGE, INC.              ECMC
2380 Performance Dr. Bldg C Mail Stop: R       c/o Codilis and Associates      P.O. Box 75906
Richardson, TX 75082-4333                      15W030 North Frontage Road      St. Paul, MN 55175-0906
                                               Suite 100
                                               Burr Ridge, IL 60527-6921

PRA Receivables Management, LLC          US Bank National Association as Trustee RASC   Wells Fargo Home Mortgage
PO Box 41067                             c/o Codilis and Associates, P.C.               c/o Codilis & Associates, P.C.
Norfolk, VA 23541-1067                   15W030 North Frontage Road, Suite 100          15W030 North Frontage Road
                                         Burr Ridge, IL 60527-6921                      Suite 100
                                                                                        Burr Ridge, IL 60527-6921

U.S. Bankruptcy Court                    AES/PHEAA                             Abn Amro Mortgage Grou
Eastern Division                         P.O. Box 8147                         Po Box 9438, dept 0251
219 S Dearborn                           Harrisburg  PA 17105-8147             Gaithersburg, MD 20898-9438
7th Floor
Chicago, IL 60604-1702

(p)ADVANTA                               America's Servicing Company, as service   Americas Servicing Company
700 DRESHER RD                           c/o Codilis & Associates, PC               Gloria Tsotsos
HORSHAM PA 19044-2206                    15W030 North Frontage Rd., Suite 100       c/o Codilis & Associates P.C.
                                         Burr Ridge, IL 60527-6921                  15W030 North Frontage Road Ste 100
                                                                                    Burr Ridge, IL 60527-6921

Bank Of America                          Capital One                           Chase
4060 Ogletown/Stan                       P.O. Box 6492                         P.O. Box 15153
Newark, DE 19713                         Carol Stream, IL 60197-6492           Attn:Bankruptcy Dept
                                                                               Wilmington, DE 19886-5153

Citi                                     Codilis & Associates                  Collection
Po Box 6241                              15W030 N. Frontage Road               Attn: Bankrutpcy Department
Sioux Falls, SD 57117-6241               Suite 100                             Po Box 10587
                                         Burr Ridge, IL 60527-6921             Greenville, SC 29603-0587

Countrywide Home Lending                 DISCOVER BANK                         Discover Fin Svcs Llc
Attention: Bankruptcy SV-314B            DFS Services LLC                      Po Box 15316
Po Box 5170                              PO Box 3025                           Wilmington, DE 19850-5316
Simi Valley, CA 93062-5170               New Albany, Ohio 43054-3025

FIA Card Services NA aka Bank of America   Home Depot                          ISL
By PRA Receivables Management, LLC         P.O. Box 6925                       on behalf of AES/PHEAA
PO Box 12907                               The Lakes, NV 88901-6925            Attn Reinsurance Department 4th FL
Norfolk VA 23541-0907                                                          1200 N 7th Stree
                                                                               Harrisburg, PA 17102-1419

(p)INFIBANK NA                           Infibank - Principal Bank             Iowa Student Loan
C O FNCCC                                Cardmember Services                   Ashford Building
1620 DODGE ST SC 3106                    1620 Dodge St., Stop Code 3105        6775 Vista Dr West
OMAHA NE 68197-0001                      Omaha, NE 68197-0003                  Des Moines, IA 50266-9305
```

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o Chase Bank USA, N.A.
POB 41067
NORFOLK, VA 23541-1067

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o Citibank
POB 41067
NORFOLK VA 23541-1067

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
c/o Sears MC
POB 41067
NORFOLK VA 23541-1067

PRA Receivables Management, LLC as agent of
Advanta Bank Corp., a Utah Industrial Ba
PO Box 12907
Norfolk VA 23541-0907

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Principal Bank
Attn: Bankruptcy
P.O. Box 2858
Omaha, NE 68103-2858

Sears/cbsd
8725 W. Sahara Ave
The Lakes, NV 89163-0001

THE BANK OF NEW YORK MELLON
c/o
Kozeny & McCubbin Illinois, LLC
105 West Adams, Suite 1850
Chicago, Illinois 60603-4109

Toyota Motor Credit
1111 W 22nd St Ste 420
Oak Brook, IL 60523-1959

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Washington Mutual Fa
324 W Evans St
Florence, SC 29501-3430

Anna Stanley Kahriman
Jahnke, Sullivan & Toolis, LLC
9031 W. 151st
Suite 203
Orland Park,, IL 60462-6563

Elisabeth A Mohr
Ledford & Wu
200 S. Michigan Ave
Suite 209
Chicago, IL 60604-2406

Ernesto D Borges
Law Offices of Ernesto Borges
105 W Madison Street
23rd Floor
Chicago, IL 60602-4647

Janette F Sanchez
10624 S. Ewing
Chicago, IL 60617-6618

Katrina A Cox
Law Offices of Ernesto Borges
105 W Madison
23rd Floor
Chicago, IL 60602-4647

Martin A. Lear
Law Offices of Ernesto Borges
105 West Madison
23rd Floor
Chicago, IL 60602-4647

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5713

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Advanta Bank Corp
Po Box 844
Spring House, PA 19477

Infibank
3490 Piedmont Rd
Atlanta, GA 30305

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23501-1067

Toyota Motor Credit Corporation
5005 North River Blvd., N.E.
Cedar Rapids, IA 52411-6634

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BAC Home Loan Servicing L P

(u)THE BANK OF NEW YORK MELLON FKA THE BANK O

(d)ECMC
P.O Box 75906
St. Paul, MN 55175-0906


(d)Wells Fargo Home Mortgage
c/o Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

End of Label Matrix
Mailable recipients    48
Bypassed recipients     4
Total                  52

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RE: | ) |
| | ) CHAPTER 13 |
| Janette Sanchez, | ) |
| | ) JUDGE Janet S. Baer |
| Debtor(s) | ) |
| | ) 09-39086 |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, by and through The Law Offices of Ernesto D. Borges Jr., P.C., and moves this Honorable Court, pursuant to § 1329(a) to enter an order modifying plan, and in support thereof states as follows:

1. That the Debtor filed a petition for relief pursuant to Chapter 13 of Title 11 United States Code; the plan was confirmed.

2. That the Debtor's modified Chapter 13 plan calls for monthly payments of $335.00 for a term of 60 months to pay allowed timely filed General Unsecured Creditors at 10%.

3. That the Debtor owns a rental property located at 10948 S. Avenue O, Chicago, IL 60617.

4. The Debtor has not had a tenant for this property, and has not made a mortgage payment on this property in over 12 months.

5. That the debtor asks that the plan be modified to surrender this property in satisfaction of the secured claim as she can no longer afford to make the mortgage payments.

6. The proposed plan would have met the requirements for confirmation on the original confirmation date.

WHEREFORE, Debtors respectfully pray this Court enter an order modifying the Chapter 13 plan, and for such other and further relief this Court deems just and proper.

Respectfully Submitted,
/s/ Martin A. Lear
Martin A. Lear

Martin A. Lear, #6295187
The Law Offices of Ernesto D. Borges Jr., P.C.
105 W. Madison, Ste 2300
Chicago, IL 60602
312-853-0200