# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

|  |  |  |
|---|---|---|
| | **:** | |
| **In re:** | **:** | |
| | **:** | |
| **Janette F. Sanchez** | **:** | **Case No.:  09-39086** |
| | **:** | **Chapter 13** |
| **Debtor.** | **:** | **Judge Janet S. Baer** |
| | **:** | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | **:** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Comes now Cari A. Kauffman and enters her appearance as counsel for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OH3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OH3, its successor and assigns ("Creditor"), by and through its mortgage servicing agent Bank of America, N.A., in the above referenced case. Please send any and all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Cari A. Kauffman
Cari A. Kauffman (6301778)
Keith Levy (6279243)
Sarah E. Willms (28840-64)
Stacey A. O'Stafy (0070386)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Cari A. Kauffman.
Contact email is cak@manleydeas.com

14-012748_NMG2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and

Request for Notices was served on the parties listed below via e-mail notification:

U.S. Trustee
Patrick S. Layng
Office of the United States Trustee
Region 11
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Ernesto D. Borges
Attorney for Janette F. Sanchez
Law Offices of Ernesto Borges
105 W Madison Street
23rd Floor
Chicago, IL 60602
notice@billbusters.com

Tom Vaughn
55 E. Monroe Street
Suite 3850
Chicago, IL 60603

The below listed parties were served via regular U.S. Mail, postage prepaid, from 1400 Goodale
Blvd, Grandview Heights, OH 43212, on May 30, 2014:

Janette F. Sanchez
10624 S. Ewing
Chicago, IL 60617

Janette F. Sanchez
10948 S Avenue O
Chicago, IL 60617

/s/ Cari A. Kauffman

14-012748_NMG2